**VIAVIENTE TAIWAN, LP, Plaintiff–Counter–Defendant–Appellant,**

v.

**UNITED PARCEL SERVICE, INC., Defendant–Counter–Claimant–Appellee.**

**No. 10–11423**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 13, 2010.

Earnest W. Leonard, Friedman & Feiger, LLP, Dallas, TX, F. Glenn Moffett, Jr., Moffett Law Firm, P.C., Atlanta, GA, for Plaintiff–Counter–Defendant–Appellant.

Lars–Erik Hjelm, Terence J. Lynam, Akin Gump Strauss Hauer & Feld, LLP, Washington, DC, William G. Leonard, Taylor English Duma LLP, Atlanta, GA, for Defendant–Counter–Claimant–Appellee.

Before EDMONDSON, HULL and MARTIN, Circuit Judges.

PER CURIAM:

After review of the briefs and record in this appeal, the Court affirms the district court's orders, dated March 3, 2010 and April 13, 2010, which collectively (1) declared that plaintiff ViaViente Taiwan, LP ("ViaViente") is contractually obligated to indemnify defendant United Parcel Service, Inc. ("UPS") for all duties, taxes, penalties, and fines assessed by Taiwan customs authorities in connection with shipments of ViaViente products to Taiwan, and (2) granted summary judgment in favor of defendant UPS on plaintiff ViaViente's complaint and on UPS's counterclaims. We also affirm the district court's entry of an amended judgment in favor of UPS in the amount of $2,821.49 against ViaViente, for the reasons outlined in the district court's thorough and well-reasoned order of March 3, 2010.

**AFFIRMED.**